# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RUSSELL HOLLIDAY**  **PLAINTIFF**
*ADC #171511*

v.  Case No. 4:20-cv-00490-LPR

**ALLEN ROBERSON,** *et. al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation for dismissal from United States Magistrate Judge Patricia S. Harris. (Doc. 17). Plaintiff Russell Holliday filed objections to the Recommendation. (Doc. 19). The Court has carefully reviewed the Recommendation, the objections, and the entire record *de novo*. Based on the Court's *de novo* review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Holliday's excessive force claim against Jonathon Woodson and failure-to-protect claim against Devon Stroud may proceed. Mr. Holliday's other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of November 2020.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE