IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUSSELL HOLLIDAY**  **PLAINTIFF**
ADC #171511

v.  No: 4:20-cv-00490 PSH

**JONATHON WOODSON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 7th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE